919 A.2d 846

SANJEE S. PUNJABI, ET AL., PLAINTIFFS–RESPONDENTS, v. TOLL LAND XI, ET AL., DEFENDANTS–MOVANTS.

March 29, 2007.

ORDERED that the motion for leave to appeal is granted, and the matter is summarily remanded to the Appellate Division to consider the appeal on the merits.